CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JAN 0 2 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Fay Colman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JAMES BOLEN MOOREFIELD, ) | Criminal Case No. 3:04cr00088-1 | |
| Petitioner, ) | Civil Action No. 3:07cv80010 | |
| ) | | |
| v. ) | By: | Hon. Norman K. Moon |
| ) | | United States District Judge |
| UNITED STATES OF AMERICA, ) | | |
| Respondent. ) | **2255 FINAL ORDER** | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Moorefield's § 2255 motion is **DENIED** and this action is **STRICKEN** from the active docket of the court.

Moorefield is advised that he may appeal the denial of his motion pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 2nd day of January 2008.

United States District Judge