CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED 7n C'Ville
APR 0 3 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:04-cr-00088 |
| | ) | Civil Action No. 3:07-cv-80010 |
| v. | ) | **2255 ORDER** |
| | ) | |
| JAMES BOLEN MOOREFIELD. | ) | By: Hon. Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Motion for Reconsideration (docket number 73) is **GRANTED**; the Memorandum Opinion and Order denying the construed § 2255 Motion (docket numbers 71 and 72) are **VACATED**; the construed § 2255 Motion (docket number 69) is **DISMISSED** without prejudice; and the "Petition for Writ of Error Coram Nobis" (docket numbers 66 and 73) is **DENIED**.

The Clerk of the Court is directed to send a copy of this Order and Memorandum Opinion to Moorefield.

ENTER: This 3rd day of April, 2008.

_____
United States District Judge